No. 450, Misc.   CALHOUN v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 458, Misc.   CLARK v. WARDEN, MARYLAND PENITENTIARY.   Court of Appeals of Maryland.   Certiorari denied.

No. 459, Misc.   WALLACH v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for the United States.

No. 462, Misc.   DOYLE v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 465, Misc.   VAUGHN v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 487, Misc.   WHITE v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 498, Misc.   TIMMONS v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 413, Misc.   STEWART v. ARKANSAS.   Supreme Court of Arkansas.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted.   *Harold B. Anderson* and *Thaddeus D. Williams* for petitioner.   *Frank Holt,* Attorney General of Arkansas, and *Thorp Thomas,* Assistant Attorney General, for respondent.